DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE INEZ GONZALEZ-LOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE INEZ GONZALEZ-LOZA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.: 1:10-cr-00472 OWW <br><br> STIPULATION TO CONTINUE STATUS <br> CONFERENCE HEARING; ORDER <br><br><br><br> Date:  February 14, 2011 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for January 18, 2011, **may be continued to February 14, 2011, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time to review the government's offer and for plea negotiations prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: January 13, 2011        By  /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 13, 2011        By  /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Jose Inez Gonzalez-Loza

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   January 13, 2011**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE